**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-6883**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFREY DEVON MOODY,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:19-cr-00563-WO-1)

———————————

Submitted:  November 17, 2022                    Decided:  November 23, 2022

———————————

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jeffrey Devon Moody, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Devon Moody appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in denying Moody's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's judgment. *United States v. Moody*, No. 1:19-cr-00563-WO-1 (M.D.N.C. July 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*